# STATE OF LOUISIANA
# COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Steven Patrick Mansour          Jerold Edward Knoll, Jr.
Attorney at Law                 Attorney at Law
P. O. Box 13557                 P.O. Box 426
Alexandria LA 71315                 Marksville LA 71351


**REHEARING ACTION: November 21, 2012**


**Docket Number: 12   00246-CA**

**GERALD BORDELON, ET AL.**
**VERSUS**
**CITY OF ALEXANDRIA**

**Appealed from Rapides Parish Case No. 198,159**


**BEFORE JUDGES:**

    **Hon. Ulysses Gene Thibodeaux**
    **Hon. J. David Painter**
    **Hon. Shannon J. Gremillion**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Gerald Bordelon, et al** has this day been

    **DENIED.**


cc: Leo Charles Hamilton, Counsel for the Appellant
    Howard Battle Gist, III, Counsel for the Appellant